(No. 14282.—Judgment affirmed.)
THE PEOPLE *ex rel.* Harley Cox, Appellant, *vs.* J. W.
FLING, JR., *et al.* Appellees.

*Opinion filed April 19, 1922—Rehearing denied June 7, 1922.*

QUO WARRANTO—*judgment dismissing information is presumed
to be correct if no bill of exceptions is filed.* The judgment of the
circuit court dismissing an information in the nature of *quo war-
ranto,* filed for the purpose of testing the legality of the organiza-
tion of a community high school district, is presumed to be cor-
rect if there is no bill of exceptions in the record. (*People* v.
*Glasgow,* 301 Ill. 394, followed.)

APPEAL from the Circuit Court of Stark county; the
Hon. T. N. GREEN, Judge, presiding.

T. W. HOOPES, and F. B. BRIAN, for appellant.

JAMES H. RENNICK, (JOHN W. FLING, JR., *pro se,*)
for appellees.

Mr. JUSTICE THOMPSON delivered the opinion of the
court:

This appeal is prosecuted to review a judgment of the
circuit court of Stark county dismissing an information in
the nature of *quo warranto* filed in that court for the pur-
pose of testing the legality of the organization of Wyoming
Community High School District. There is no bill of ex-
ceptions in the record before us, and we are therefore un-
able to tell for what reason the court entered its judgment
dismissing the information. The judgment is therefore pre-
sumed to be correct. The condition of the record is the
same as that found in *People* v. *Glasgow,* 301 Ill. 394, and
what we said in that case is controlling here.

The judgment of the circuit court is affirmed.

*Judgment affirmed.*